# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK ALAN LANE, : | |
| Plaintiff, : | |
| : | Civil Action No. 3:15-CV-576 |
| v. : | |
| : | (Judge Kosik) |
| FEDERAL BUREAU OF PRISONS, : | |
| Defendant. : | |

## ORDER

AND NOW, THIS 21st DAY OF MAY, 2015, IT IS HEREBY ORDERED THAT:

[1] We adopt the Report and Recommendation of Magistrate Judge Martin C. Carlson dated April 8, 2015 (Doc. 4);

[2] Petitioner's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **GRANTED**;

[3] Petitioner's petition for writ of habeas corpus (Doc. 1) shall be **DISMISSED WITHOUT PREJUDICE**; and

[4] The Clerk of Court is directed to **CLOSE** this case and to **FORWARD** a copy of the Memorandum and Order to the Magistrate Judge.

s/ Edwin M. Kosik
Edwin M. Kosik
United States District Judge